**Order entered December 11, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01145-CV

**YYP GROUP, LTD. AND GEORGE KIMELDORF, Appellants**

**V.**

**AARON C. MCKNIGHT, Appellee**

**On Appeal from the County Court at Law No. 2
Dallas County, Texas
Trial Court Cause No. CC-19-02682-B**

## ORDER

Before the Court are court reporter LaToya Yong-Martinez's December 5, 2019 and December 9, 2019 requests for extensions of time to file the reporter's record. We **GRANT** the requests and **ORDER** the reporter's record be filed no later than December 16, 2019. Because this is an accelerated appeal and the reporter's record was first due September 27, 2019, we caution that further extension requests will not be granted absent exigent circumstances.

/s/    BILL WHITEHILL
JUSTICE